

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

July 23, 2013

**BY CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Judge
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Clouding IP LLC v. CNN Interactive Group Inc.*, C.A. No. 12-1639-LPS
      *Clouding IP LLC v. Dow Jones & Company Inc.*, C.A. No. 12-1640-LPS
      *Clouding IP LLC v. Fox News Network LLC*, C.A. No. 12-1641-LPS
      *Clouding IP LLC v. Gannett Co Inc.*, C.A. No. 12-1642-LPS
      *Clouding IP LLC v. TheHuffingtonPost.com Inc.*, C.A. No. 12-1643-LPS
      *Clouding IP LLC v. New York Times Company.*, C.A. No. 12-1644-LPS
      *Clouding IP LLC v. Thomson Reuters Corp. et al.*, C.A. No. 12-1645-LPS
      *Clouding IP LLC v. Time Inc. et al.*, C.A. No. C.A. No. 12-1646-LPS

Dear Judge Stark:

    I write on behalf of Plaintiff Clouding IP, LLC to advise the Court that, on July 22, 2013, the United States Patent & Trademark Office terminated the *Inter Partes* Reexamination Proceedings upon which Defendants' pending motions to stay the above referenced cases are based. (D.I. 15 in C.A. No. 12-1639, D.I. 15 in C.A. No. 12-1640; D.I. 15 in C.A. No. 12-1641; D.I. 15 in C.A. No. 12-1642; D.I. 17 in C.A. No. 12-1643; D.I. 15 in C.A. No. 12-1644; D.I. 16 in C.A. No. 12-1645; D.I. 16 in C.A. No. 12-1646.) Copies of the orders terminating prosecution are attached hereto as Exhibits A-R. Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

Respectfully submitted,

/s/ Stephen B. Brauerman

Stephen B. Brauerman (sb4952)

SBB:tm
Enclosures
cc: All Counsel



www.bayardlaw.com      Phone: (302) 655-5000      Fax: (302) 658-6395