IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, </br></br>             Plaintiff, </br></br>     v. </br></br> CNN INTERACTIVE GROUP, INC., </br></br>             Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C.A. No. 12-1639 (LPS) |
| CLOUDING IP, LLC, </br></br>             Plaintiff, </br></br>     v. </br></br> DOW JONES & COMPANY, INC., </br></br>             Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C.A. No. 12-1640 (LPS) |
| CLOUDING IP, LLC, </br></br>             Plaintiff, </br></br>     v. </br></br> FOX NEWS NETWORK, LLC, </br></br>             Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C.A. No. 12-1641 (LPS) |
| CLOUDING IP, LLC, </br></br>             Plaintiff, </br></br>     v. </br></br> GANNETT CO., INC., </br></br>             Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C.A. No. 12-1642 (LPS) |

| | |
|---|---|
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1643 (LPS) |
| ) | |
| THE HUFFINGTONPOST.COM INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1644 (LPS) |
| ) | |
| THE NEW YORK TIMES CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1645 (LPS) |
| ) | |
| THOMSON REUTERS CORP., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1646 (LPS) |
| ) | |
| TIME INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO STAY
PENDING THE OUTCOME OF *INTER PARTES* REVIEW**

Defendants CNN Interactive Group, Inc.; Dow Jones & Company, Inc.; Fox News Network, LLC; Gannett Co., Inc.; The HuffingtonPost.com Inc.; The New York Times Company; Thomson Reuters Corp.; West Services Inc.; Time Inc.; and TI Media Solutions, Inc., hereby withdraw without prejudice their May 24, 2013 motion to stay these actions pending the outcome of the *inter partes* reviews of U.S. Patent Nos. 6,925,481 and 7,254,621.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| | Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| OF COUNSEL:<br><br>Steven Lieberman<br>Brian Rosenbloom<br>Sharon Davis<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>607 14th Street, N.W.<br>Suite 800<br>Washington, DC 20005<br>(202) 783-6040 | *Attorney for Defendants CNN Interactive Group, Inc.; Dow Jones & Company, Inc.; Fox News Network, LLC; Gannett Co., Inc.; The New York Times Company; Thomson Reuters Corp.; West Services Inc.; Time Inc.; and TI Media Solutions, Inc.* |

2

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
|  | */s/ Bindu A. Palapura* |
|  | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza 6${}^{th}$ Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| OF COUNSEL:<br><br>Vivian Kuo<br>Corrine M. Saylor<br>WINSTON & STRAWN LLP<br>1700 K STREET, N.W.<br>WASHINGTON, DC 20006<br>(202) 282-5000<br><br>July 29, 2013 | *Attorneys for Defendant The HuffingtonPost.com Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 29, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Dorian S. Berger, Esquire<br>RUSS, AUGUST, KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)